[Nos. 64744-0-I; 64772-5-I.   Division One.   August 22, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. NOVELLA C. HARRIS ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 08-1-14416-6, Michael Heavey, J., entered December 21, 2009. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Lau and Spearman, JJ.

[No. 65227-3-I.   Division One.   August 22, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR WAYNE HALL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-06542-6, James D. Cayce, J., entered April 9, 2010. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Dwyer, C.J., and Ellington, J.

[No. 65316-4-I.   Division One.   August 22, 2011.]

I. DAVID HONG ET AL., *Appellants*, v. RICHARD J. SCHNEIDER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-13104-0, Andrea A. Darvas, J., entered April 2, 2010. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Becker and Appelwick, JJ.

[No. 66158-2-I.   Division One.   August 22, 2011.]

*In the Matter of the Marriage of* ANIL PRASAD, *Appellant*, and JULLIET PRASAD, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-3-02636-5, Arden J. Bedle, J. Pro Tem., entered October 4, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Dwyer, C.J., and Ellington, J.